Filed 8/10/11

# IN THE SUPREME COURT OF CALIFORNIA

| | | |
|---|---|---|
| THE PEOPLE, | ) | |
| | ) | |
| Plaintiff and Respondent, | ) | |
| | ) | S072316 |
| v. | ) | |
| | ) | |
| VERONICA UTILIA GONZALES, | ) | |
| | ) | San Diego County |
| Defendant and Appellant. | ) | Super. Ct. No. SCD114421 |
| _____ | ) | |

## MODIFICATION OF OPINION

**THE COURT**:

The opinion herein, appearing at 51 Cal.4th 894, is modified as follows:

The last sentence of footnote 16 on page 928, which states, "That argument was incorrect, of course; statements made by defendant to her own experts and reflected in their reports were discoverable and were provided to the prosecution without objection below" is deleted.

This modification does not affect the judgment.